IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID H. KRAABEL,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-43-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, and dismissing plaintiff's appeal.

| S/Peter Oppeneer | 10/21/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |